**Ford Elsaesser**
pts1@ejame.com
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-0722 [Facsimile]
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 10-20536-TLM |
| FLOLO, DAREN MATTHEW ) | |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |
| ) | |

---

**Notice of Sale by Trustee and Opportunity to Object and for a Hearing**

<u>No Objection</u>. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one **[21]**days of the date of this notice. File the original objection with the Clerk, U. S. Bankruptcy Court, Federal Building, 6450 N. Mineral Dr., CDA ID 83815 and provide a copy to Ford Elsaesser, Trustee.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

TO THE DEBTORS, DEBTOR(S)' ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE OF SALE BY TRUSTEE - 1

PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above-entitled estate claims an interest pursuant to 11 USC §363, Bankruptcy Rule 6004(e) and LBR 2002.1.

1. **Description of Property to be Sold:**

    The Bankruptcy estate's interest, if any, in the following real property:
    Lot 8 Block 1, EDGEWATER AT MILL RIVER, according to the plat recorded in the office of the County Recorder in Book "J" of Plats at Pages 60, 60A and 60B, records of Kootenai County, Idaho.
    TOGETHER WITH the certain piece of Real Property, if any, bounded on the North by the Southerly most property line of sale Lot, bounded on the East by the extension of the Easterly most property line of said Lot, bounded on the West by the Extension of hte Westerly most property line of said Lot, and bounded on the South by the original Government Meander line of the Spokane River, TOGETHER WITH the Riparian Rights, if any.
    The real property is being sold "AS IS" without warranties.

2. **Time and Place of Sale:**

    Sale will be valid July 23, 2010 unless an objection is filed with the Clerk, U. S. Courthouse, Federal Building, 6450 N. Mineral Dr., CDA ID 83815 and copies provided to the Panel Trustee, Ford Elsaesser at P. O. Box 2220, Sandpoint ID 83864 and Assistant U. S. Trustee, David W. Newman, at MK Central Plaza, 720 Park Blvd., Suite 220, Boise ID 83712.

3. **Type of Sale:**

    Private Sale to: Phillips S. Baker, Jr. and Bernadette M. Baker

4. **Terms of Sale:**

    $1,097,622.00, plus additional Buyers' costs of $179,670.87 (see itemized description set forth below).

NOTICE OF SALE BY TRUSTEE - 2

5. **Treatment of Existing Liens:**

The sale of this property constitutes a "short sale." The bankruptcy estate of Daren Matthew Flolo is only selling its interest, if any, for $5,000 net proceeds from the gross sale proceeds of $1,097,622.00. The 5th Junior Lienholder, Oren L. Flolo, is carving out $5,000 for the benefit of the Daren Matthew Flolo bankruptcy estate so that the sale can be completed. The closing costs are being paid outside of the bankruptcy estate and are set forth as follows, which are approximate depending upon court approval and the date of closing:

| | |
|---|---:|
| **Short Sale Purchase Price** | $1,097,622.00 |
| (contingent on Buyers paying the following closing costs in addition to the purchase price) | |
| | |
| **Additional Buyers' Costs:** | |
| Buyers' Portion of 2nd Mortgage to Wells Fargo Bank (to be paid to Seller, Wells Fargo Bank, N.A.) | $ 1,183.78 |
| 3rd Junior Lien - Evan L. & Anne E. Maxwell (to be paid to Seller, Wells Fargo Bank, N.A.) | $ 87,500.00 |
| 4th Junior Lien - Whidbey Island Bank (to be paid to Seller, Wells Fargo Bank, N.A.) | $ 10,000.00 |
| 5th Junior Lien - Oren L. Flolo (to be paid to Seller, Wells Fargo Bank, N.A.) | $ 71,316.22 |
| Title Insurance - Lender's | $ 515.48 |
| Closing Fee to Pioneer Title Co. (Buyers' Portion) | $ 1,663.00 |
| Frontier Fee to Pioneer Title Co. | $ 297.60 |
| Document Preparation to Pioneer Title Co. (Buyers' Portion) | $ 250.00 |
| Courier Fees to Pioneer Title Co. (Buyers' Portion) | $ 175.00 |
| Standard Endorsements to Pioneer Title Co. | $ 50.00 |
| Recording Fees (Deed/Mortgage Releases) | $ 24.00 |
| Reconveyance Fee to Pioneer Title Co. | $ 280.00 |
| Encroachment Permit Transfer Fee to Dept. of Navigation | $ 150.00 |
| HOA Transfer Fee to Miller River Property Owners Assoc | $ 50.00 |
| 2009 & 2010 Dues to Miller River Property Owners Assoc | $ 924.00 |
| Final Utility Billing to City of CDA | $ 250.00 |
| Solid Waste Fee 7/21/10 - 01/01/11 | $ 41.79 |
| | |
| **Buyers' Portion of Costs of Sale Paid Outside of Bankruptcy** | **$ 174,670.87** |
| **Net Proceeds to Flolo Chapter 7 BK Estate** | **$ 5,000.00** |

NOTICE OF SALE BY TRUSTEE - 3

| | |
|---|---|
| **Total Additional Buyers' Costs** | **$ 179,670.87** |
| **Total Short Sale Price** (Buyers' Additional Costs | **$1,277,292.87** |
| ($179,670.87) plus purchase price($1,097,622.00) | |
| **Less Buyers' Credits** | |
| Earnest Money Deposited w/Windermere Realty | $   12,000.00 |
| New Loan Proceeds from Wells Fargo Bank | $ 417,000.00 |
| County Taxes 01/01/10 - 07/21/10 | $     8,987.55 |
| Total | $ 437,987.55 |
| Total Due From Buyers at Closing | **$ 839,305.32** |

The amount due from Buyers may be subject to change, depending on actual closing date of the short sale

Seller, Wells Fargo Bank, N.A., holds the 1st and 2nd Mortgages on the real property in the amounts set forth below to be paid by Seller with proceeds from the sale:

| | |
|---|---|
| 1st Mortgage - Wells Fargo Bank, N.A. | $ 981,832.08 |
| 2nd Mortgage - Wells Fargo Bank, N.A. | $   40,000.00 |
| Total | $1,021,832.08 |
| | |
| Seller's Portion of Costs of Sale Paid Outside of Bankruptcy (already deducted from net amount to be paid on 1st Mortgage) | |
| Realteam Real Estate Broker Fees | $   32,928.66 |
| Windermere CDA Realty | $   21,952.44 |
| Closing Fee to Pioneer Title Co. (Seller's Portion) | $     1,663.00 |
| Title Insurance - Owner's | $     2,976.00 |
| Document Preparation to Pioneer Title Co. (Seller's Portion) | $        250.00 |
| Courier Fees to Pioneer Title Co. (Seller's Portion) | $          51.00 |
| Total | **$   59,821.10** |
| | |
| 2009 taxes | $     8,206.84 |
| 2010 prorated county taxes credited to buyers | $     8,987.55 |

The following amounts will be paid by Buyers to Seller at closing to allow Seller to pay the 3rd, 4th & 5th Junior Liens outside of the bankruptcy at the time of closing and net proceeds to be paid to Flolo Chapter 7 bankruptcy estate:

| | |
|---|---|
| 3rd Junior Lien - Evan L. & Anne E. Maxwell | $   87,500.00 |
| 4th Junior Lien - Whidbey Island Bank | $   10,000.00 |

NOTICE OF SALE BY TRUSTEE - 4

| | |
|---|---|
| 5th Junior Lien - Oren L. Flolo | $ 71,316.22 |
| Net Proceeds to Flolo Chapter 7 BK Estate | $ 5,000.00 |
| **Grand Total** | **$1,272,663.79** |

All the funds except $5,000 will be paid outside the bankruptcy estate at the time of closing; except the $8,987.55 which has been credited to the Buyers towards the 2010 prorated county taxes and the 2009 county taxes which will be paid December 2010.

The grand total amount may be subject to change, depending on actual closing date of the short sale

6. **Value of Property to be Sold:**

   The Trustee estimates that the fair market value of the property is $1,097,622.00.

7. **Proposed Disposition of the Proceeds of the Sale:**

   Pending Court approval, the following compensation to professional person shall be paid from the proceeds of sale: This is a short sale and the lender, and 1st and 2nd mortgage holder, Wells Fargo Bank, N.A., is responsible for the realtor commission that is being paid outside of the bankruptcy estate.

8. **Authority for Conducting the Sale:**

   11 USC §363(b)(1)

9. **Miscellaneous Information:**

   Estimated net proceeds to be retained by the estate: $5,000.00

Date: June 29, 2010

/s/ _____
Ford Elsaesser Trustee
POB 2220 Sandpoint ID 83864
208/263-8871